# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRIGORIY N. VOROBEY and VERA VOROBEY, his spouse, | No. 4:18-CV-00865 |
| Plaintiffs. | (Judge Brann) |
| v. | |
| CLEVELAND BROTHERS EQUIPMENT CO. INC. and KEITH W. BRYSON, | |
| Defendants. | |

## ORDER

**AND NOW**, this 31st day of July 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Grigoriy N. Vorobey and Vera Vorobey's Motion for Leave to File a Second Amended Complaint (ECF No. 32) is **GRANTED**. Plaintiffs are directed to file their second amended complaint within 7 days of the date of this Order; and

2. Defendants Keith W. Bryson and Cleveland Brothers Equipment Co, Inc.'s Motion for Judgment on the Pleadings (ECF No. 26) is **DENIED** as **MOOT**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge