# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRIGORIY N. VOROBEY and VERA VOROBEY, <br><br> Plaintiffs, <br><br> v. <br><br> CLEVELAND BROTHERS EQUIPMENT CO., INC, and KEITH W. BRYSON, <br><br> Defendants. | No. 4:18-CV-00865 <br><br> (Judge Brann) |

## **ORDER**

**AND NOW**, this 7th day of December 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **GRANTED in part and DENIED in part**. Plaintiffs shall file a <u>third</u> amended complaint by December 20, 2018. If a third amended complaint is not filed by that date, the case will be summarily dismissed.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge